# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

United States Securities and
Exchange Commission
        v.                                                Case Number: 1:22CV715
Gregory E Lindberg

## *NOTICE*

      **TAKE NOTICE** that a **JURY TRIAL** has been tentatively **SET** in the above-referenced case for the **APRIL 1, 2025 CALENDAR TERM**. Said term shall begin on **April 1, 2025** and will continue until all the cases on the calendar have been tried. **Cases will not necessarily be called for jury selection and trial in the order in which they will appear on the calendar.**

| | |
|---|---|
| PLACE: | **L. Richardson Preyer Bldg., 324 W. Market St., Greensboro, N.C.** |
| COURTROOM NO.: | **3** |
| DATE & TIME: | **April 1, 2025 at 9:30 a.m.** |
| PROCEEDING: | **Jury Trial** |

***Counsel will be notified of a date certain for trial closer to the start of the term**.

      A settlement conference in the above-referenced case will be set approximately 30 days before the commencement of the calendar term. Counsel are directed to bring their clients and a representative from the corporations to the settlement conference.

      The parties shall comply in all respects with Fed. R. Civ. P. 26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein. **Unless the court orders otherwise, pretrial disclosures must be made no later than March 1, 2025. Motions in limine must be filed no later than March 8, 2025. Any objections to pretrial disclosures and responses to motions in limine must be served and promptly filed no later than March 15, 2025.**

      **Each party shall file a trial brief, along with proposed instructions on the issues no later than March 11, 2025.** Counsel shall consult and endeavor to file one (1) set of agreed upon jury instructions to the extent practicable and may file competing jury instructions where there is disagreement. An electronic Word version of the jury instructions shall be emailed to the assigned district judge's ECF mailbox.

---

John S. Brubaker, Clerk

By: /s/ Robin Winchester

Date: April 25, 2023

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD