UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **GREGORY E. LINDBERG**, **CHRISTOPHER HERWIG**, **and STANDARD ADVISORY SERVICES LIMITED,** <br><br> Defendants. | Case No. 1:22-cv-715-CCE-JEP <br><br> **Hon. Catherine C. Eagles** |

## MOTION TO WITHDRAW

Pursuant to Rule 83.1(e)(3) of the Local Rules for the United States District Court for the Middle District of North Carolina, James G. Lundy, Margaret Gembala Nelson, and Heather Lee, of the law firm Foley & Lardner LLP, move to withdraw as counsel of record for Defendant Standard Advisory Services Limited ("SASL"). SASL's mailing address is listed below. The basis for this motion is N.C. R. Prof. Cond. 1.16(b).[1] The client understands and is agreeable to the termination of this representation, and this withdrawal will not prejudice SASL. Discovery has been and continues to proceed according to the scheduling order and there are no pending motions or upcoming discovery deadlines. Further, the undersigned

---

[1] *See* N.C. R. Prof. Cond. 1.16 (b)(1), (2), (6) and (7).

counsel have attempted to collaborate with the SASL to retain replacement counsel, but these efforts have encountered delays. SASL does plan to engage replacement counsel and local counsel with Bell, Davis & Pitt, PA will remain engaged through the transition. Lastly, undersigned counsel worked with plaintiff's counsel to provide information responsive to this Court's order to provide a status report by April 1, 2024.

Undersigned counsel provided plaintiff's counsel with timely notice of the intent to file a motion to withdraw and then provided plaintiff's counsel with a draft of this motion. Plaintiff's counsel responded that they take no position regarding this motion to withdraw.

WHEREFORE, the undersigned attorneys request permission to withdraw as counsel of record for SASL.

Standard Advisory Services Limited

By: */s/ Heather A. Lee*
Heather A. Lee (hlee@foley.com)
Foley & Lardner LLP
100 N Tampa St., Suite 2700
Tampa, FL 33602
Phone: (813) 229-2300

James G. Lundy (jglundy@foley.com)
Margaret G. Nelson (mnelson@foley.com)
Foley & Lardner LLP
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Phone: (312) 832-4500

Mark A. Jones (mjones@belldavispitt.com)
Bell Davis & Pitt, P.A.
POB 21029
Winston-Salem, NC 27120
Phone: (336) 722-3700

*Attorneys for Defendant*
*Standard Advisory Services Limited*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was (a) filed via CM/ECF on 1 April, 2024 and (b) served on SASL via email and certified mail, return receipt requested, to the below address:

Standard Advisory Services Limited
Block D no 24,T
Triq Wied in-Noqor,
Luqa LQA 3162
Malta

*/s/ Heather A. Lee*