**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREG E. LINDBERG, CHRISTOPHER HERWIG, and STANDARD ADVISORY SERVICES LIMITED,<br><br>Defendants. | Case No. 22-cv-715<br><br>Honorable Catherine C. Eagles<br>Magistrate Judge Joi Elizabeth Peake |

**CIVIL LOCAL RULE 7.3(d) CERTIFICATION**

Pursuant to Local Rule 7.3(d), I hereby certify that Plaintiff United States Securities and Exchange Commission's Response to Lindberg's Motion to Compel Continued Deposition of Nonparty Eric Bostic contains 377 words, excluding the caption, signature lines, and certificate of service.

Dated: September 16, 2024

Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

By: /s/ Alyssa A. Qualls

Alyssa A. Qualls (quallsa@sec.gov)
Kevin A. Wisniewski (wisniewskik@sec.gov)

United States Securities and
Exchange Commission
Chicago Regional Office
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
(312) 353-7390

## CERTIFICATE OF SERVICE

I hereby certify that I provided service of the foregoing document, via ECF filing, to all counsel of record on September 16, 2024.

/s/ Alyssa A. Qualls

**Gregory E. Lindberg**
Alisson Mullins
L. Cooper Harrell
Turning Point Litigation Mullins Duncan Harrell & Russell PLLC
300 North Greene Street, Suite 2000
Greensboro, NC 27401
amullins@turningpointlit.com
charrell@turningpointlit.com

Ryan J. Meyer
Barrett R. Howell
Katten Muchin Rosenman LLP
2121 N. Pearl Street, Suite 1100
Dallas, TX 75201
Ryan.Meyer@katten.com
Barrett.Howell@katten.com

Michael J. Diver
Shannon Gross
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
Michael.Diver@katten.com
Shannon.Gross@katten.com

*Attorneys for Defendant Gregory E. Lindberg*

**Christopher Herwig**
Claire Rauscher
Womble Bond Dickinson (US) LLP
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, NC 28202
Claire.Rauscher@wbd-us.com

Britt Biles
Womble Bond Dickinson (US) LLP
2001 K Street, NW, Suite 400 South
Washington, DC 20006
Britt.Biles@wbd-us.com

*Counsel for Defendant Christopher Herwig*

**Standard Advisory Services Limited**

Mark A. Jones
Alan M. Ruley
Bell Davis & Pitt, P.A.
POB 21029
Winston-Salem, NC 27120
mjones@belldavispitt.com
aruley@belldavidpitt.com

*Attorneys for Defendant*
*Standard Advisory Services Limited*